# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  Erin Lanigan           CASE NO. 18-12457

         Debtor(s)          Chapter 7

         JUDGE:  Jessica Price Smith

## STATUS REPORT

Debtor has filed an application with the court to pay her filing fee in installment. The application provided that the first installment payment would be made with filing the petition. Counsel attempted to make this first installment payment. This payment was docketed by mistake to **Melody Lewis 18-12134**. Counsel is not entirely sure how this happened. Counsel is taking steps to obtain a refund of this payment so that the funds can be directed properly.

Respectfully submitted,

/s/ William J. Balena

_____
William J. Balena (0019641)
Attorney for Debtors
30400 Detroit Rd., #106
Westlake, OH 44145
(440) 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com

## CERTIFICATION

The undersigned attorney for Debtor(s), hereby certifies that on May 4, 2018, the Notice of Adjournment was served via e- mail and/or regular U.S. Mail upon the following parties in interest:

Richard Baumgart, Chapter 7 Trustee at baumgart_trustee@dsb-law.com

**By ordinary mail to;**

Erin Lanigan
26908 Eastwood Lane
Olmsted Twp, Ohio 44138

Respectfully submitted,

/s/ William J. Balena

_____
William J. Balena (0019641)
Attorney for Debtors
30400 Detroit Rd., #106
Westlake, OH 44145
(440) 365-2000
(866) 936-6113 - Fax
docket@ohbksource.com